**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: L.P., A MINOR | : | No. 564 MAL 2020 |
| | : | |
| | : | |
| PETITION OF: A.P., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN RE: L.A.P., A MINOR | : | No. 565 MAL 2020 |
| | : | |
| | : | |
| PETITION OF: A.P., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.